

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00398-CV

_____

IN RE TROY PAK, Relator

---

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 23-6596-431

---

Before Kerr, Birdwell, and Womack JJ.
Memorandum Opinion by Justice Womack
Birdwell, J., concurs with opinion to follow.

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and real parties in interest's response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

/s/ Dana Womack

Dana Womack
Justice

Delivered:  January 2, 2024